UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                                                  Case No. 3:13-CR-061-04

JAI A. BARKER,

        Defendant.

## ENTRY AND ORDER DENYING MOTION FOR RECONSIDERATION

This matter is before the Court on Defendant's Motion for Reconsideration (ECF No. 86) filed on August 7, 2015. The Defendant has requested the Court reconsider its earlier Entry and Order (ECF No. 83) denying Defendant's Motion for Jail Time Credit (ECF No. 82).

Pursuant to the Judgment (ECF No. 79) in this matter, the Court made a recommendation to the United States Bureau of Prisons (BOP) that the Defendant be accorded all allowable presentence credit for time spent incarcerated on said offense. However, as the Defendant may be aware or reminded, the BOP is solely responsible for calculating federal terms of imprisonment. See United States v. Wilson, 503 U.S. 329 (1992). After contacting the BOP's Designation and Sentence Computation Center for a calculation of Defendant's eligibility for jail credit, it has been determined that per BOP policy the Defendant is ineligible for any additional jail credit from October 8, 2013 through May 9, 2014, since he was serving a sentence in the State of Tennessee, from April 30, 2013 through February 19, 2015.

The Court finds Defendant's Motion for Reconsideration (ECF No. 86) not well-founded and denies the same. **IT IS THE ORDER OF THE COURT** that Defendant's Motion for Reconsideration (ECF No. 86) is DENIED.

**DONE** and **ORDERED** in Dayton, Ohio, this 19th day of August, 2015.

                                                                    THOMAS M. ROSE JUDGE
                                                                     UNITED STATES DISTRICT COURT