# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON


**UNITED STATES OF AMERICA,**


**-vs-**                                                    **Case No.   3:13-CR-061**


**JAI BARKER,**

                              **Defendant.**


## ENTRY AND ORDER DENYING
## MOTION TO TERMINATE SUPERVISED RELEASE

This matter is before the Court on Defendant's Motion to Terminate Supervised Release (doc. 90) filed on March 23, 2018. The Defendant has requested the Court release him from the remainder of his supervised release term.  Upon the recommendation of the United States Probation Department and the Government, the Court has determined in the interest of justice that at this time Defendant's supervised release should not be terminated.

Therefore, is the ORDER of the Court that Defendant's Motion to Terminate Supervised Release (doc. 90) be **DENIED** without prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this 26th day of April, 2018.



                                             *s/ Thomas M. Rose*

                              _____

                              THOMAS M. ROSE JUDGE
                              UNITED STATES DISTRICT COURT